IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JESSICA WOJTASIK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 2:14-cv-02150-CM-GLR |
| vs. | ) |
| | ) |
| NATIONAL CREDIT ADJUSTERS, LLC, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default is GRANTED. The Clerk is hereby directed to enter Default against Defendant, National Credit Adjusters, LLC.

Dated this 3rd day of October, 2014.

By: s/ Sarah Spegal
For Tim O' Brien
Clerk of the Court

1

2

s/Anthony LaCroix
Anthony LaCroix
Attorney for Plaintiff